# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**SANCHO McKENZIE,**
**A# 204-736-133,**

      **Petitioner,**

**v.**                               **Case No.  4:19cv462-MW/CAS**

**WILLIAM BARR, et al.,**

      **Respondents.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 8.  Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with a Court Order." The Clerk shall also close the file.

**SO ORDERED on February 27, 2020.**

                        **s/Mark E. Walker**_____
                        **Chief United States District Judge**